JEREMIAH CROWLEY, Appellant, *v.* THE ROYAL EXCHANGE SHIPPING COMPANY (Limited) OF LONDON, Respondent.

(Submitted April 25, 1882; decided May 5, 1882.)

*Edward D. McCarthy* for appellant.

*Butler, Stillman & Hubbard* for respondent.

Agree to affirm.   No opinion.
All concur, except MILLER and TRACY, JJ., absent.
Order affirmed.